David A. DAVIS, Petitioner–Appellant,

v.

Frank C. SIZER, Jr., Deputy Commissioner of Maryland, Division of Corrections; Melanie Periera, Former Deputy Commissioner; Jon P. Galley, Warden, Western Correctional Institution, Respondents–Appellees.

No. 01–7816.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 5, 2002.

David A. Davis, Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David A. Davis appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Davis v. Sizer,* No. CA–01–2134–S (D.Md. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*